PER CURIAM.

(No. 75-CC-982—

MICHAEL R. LA COPO, Claimant, *vs.* STATE OF ILLINOIS, ILLINOIS OFFICE OF EDUCATION, Respondent.

*Opinion filed May 1, 1975.*

MICHAEL R. LA COPO, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-985—

MID-CITY TYPEWRITER EXCHANGE, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF BUSINESS AND ECONOMIC DEVELOPMENT, Respondent.

*Opinion filed May 1, 1975.*

MID-CITY TYPEWRITER EXCHANGE, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM J. KARAGANIS, Assistant Attorney General, for Respondent.

PER CURIAM.